IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

TIMOTHY RICKEY BAKER,              )
                                   )
            Plaintiff,             )
                                   )
vs.                                )        CV 02-J-0855-NE
                                   )
SHERIFF JOE WHISANTE, *et al.*,    )
                                   )
            Defendants.            )

ENTERED

AUG 1 4 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 1, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this __14__ day of __August__, 2003.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

10